JOHN MARTINKOVICS, Respondent, *v.* LEHIGH COAL AND NAVIGATION COMPANY, Appellant.

*Martinkovics* v. *Lehigh Coal & Nav. Co.,* 171 App. Div. 952, affirmed.

(Argued October 22, 1918; decided November 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

Plaintiff suffered the loss of his eyes through accidently striking some dynamite or a powder cap with his pick, while working in defendant's anthracite coal mine in Pennsylvania. It was alleged that the miner made a careless inspection after a blast, and then ordered plaintiff, his assistant, to go to work at the face of the breast. Defendant contended that there was no evidence of negligence on the part of the miner; that under the Pennsylvania law the defendant was not liable for any negligence of a certified miner, since it had no control over him; that there were fundamental errors in the charge as to liability; and that there were vitally prejudicial errors in the admission of evidence.

Herbert C. Smyth and Roderic Wellman for appellant.
Roger Foster, L. B. Treadwell and Richard W. Darling for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN and MCLAUGHLIN, JJ. Dissenting: CUDDEBACK, J.   Not voting: HISCOCK, Ch. J. Absent: CRANE, J.